# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL YOUNG, individually and on behalf of other similarly situated employees, | ) ) ) District Judge: ) Honorable John Z. Lee |
| Plaintiff, | ) ) |
| v. | ) ) |
| GRANITE CONSTRUCTION, INC. and KENNY CONSTRUCTION COMPANY | ) Case No.: 1:19-cv-03922 ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS AND, IN THE ALTERNATIVE, TO STRIKE PLAINTIFF'S JURY DEMAND

NOW COME Defendants **Kenny Construction Company** ("KCC") and **Granite Construction, Inc.** ("Granite") (hereinafter referred to as "Defendants"), by and through their attorneys, KOEHLER DINKEL LLC, and hereby move this Court for an Order Compelling Arbitration on an Individual Basis pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3) and the Federal Arbitration Act and, in the alternative, pursuant to Federal Rule of Civil Procedure 12(f) for an Order Striking Plaintiff's jury demand as set forth in his Class and Collective Action Complaint.

Per the Court's Standing Orders, counsel for Defendants communicated with counsel for Plaintiff as to whether Plaintiff had any objections to this Motion. As of the time of filing, counsel for Plaintiff had not yet confirmed whether Plaintiff has any objections.

Defendants submit a Memorandum of Law in Support of their Motion, filed simultaneously herewith.

Dated:  July 3, 2019	Respectfully Submitted,

**GRANITE CONSTRUCTION, INC. AND KENNY CONSTRUCTION COMPANY**

By:  **/s/**     Stephanie M. Dinkel
Renee L. Koehler, Esq.
Stephanie M. Dinkel, Esq.
KOEHLER DINKEL LLC
900 S. Frontage Rd., Suite 300
Woodridge, Illinois  60517
Telephone:  (630) 505-9939

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 3, 2019, she electronically filed the foregoing **DEFENDANTS' MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS AND, IN THE ALTERNATIVE, TO STRIKE PLAINTIFF'S JURY DEMAND** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Michael A. Josephson<br>Josephson Dunlap LLP<br>11 Greenway Plaza<br>Suite 3050<br>Houston, TX 77046 | mjosephson@mybackwages.com |
| Richard Schreiber<br>Josephson Dunlap LLP<br>11 Greenway Plaza<br>Suite 3050<br>Houston, TX 77046 | rschreiber@mybackwages.com |
| Maureen Ann Salas<br>Werman Salas P.C.<br>77 W. Washington<br>Suite 1402<br>Chicago, IL 60602 | msalas@flsalaw.com |
| Douglas M. Werman<br>Werman Salas P.C.<br>77 W. Washington<br>Suite 1402<br>Chicago, IL 60602 | dwerman@flsalaw.com |

                                         By: **/s/** _____Stephanie M. Dinkel_
                                                   Renee L. Koehler, Esq.
                                                   Stephanie M. Dinkel, Esq.
                                                   KOEHLER DINKEL LLC
                                                   900 S. Frontage Rd., Suite 300
                                                   Woodridge, Illinois  60517
                                                   Telephone:  (630) 505-9939